**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Clarity Lab Solutions, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3546703** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1060 Holland Drive, Suite A** **Boca Raton, FL 33487** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Palm Beach** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.claritylabsolutions.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Clarity Lab Solutions, LLC**                                    Case number *(if known)* _____
        Name

**7.** **Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | When _____ | | Case number _____ | |
| | District _____ | When _____ | | Case number _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor    **Clarity Lab Solutions, LLC**                                  Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Clarity Diagnostics, LLC** |
| | | Relationship **Affiliate** |
| | District | **Southern District of Florida - West Palm Beach Division** |
| | | When **8/30/24** |
| | | Case number, if known **24-18938-EPK** |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Clarity Lab Solutions, LLC**                                    Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 10, 2024**
              MM / DD / YYYY

**X** **/s/ Richard Simpson**                          **Richard Simpson**
Signature of authorized representative of debtor        Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Bradley S. Shraiberg**               Date   **September 10, 2024**
Signature of attorney for debtor                        MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561 443 0800**      Email address   **bss@slp.law**

**121622 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Clarity Lab Solutions, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration      **Petition**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 9, 2024**        X _____
                                                    Signature of individual signing on behalf of debtor

                                                    **Richard Simpson**
                                                    Printed name

                                                    **President**
                                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clarity Lab Solutions, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 6031 Carol Stream, IL 60197 | | Credit Card | | | | $21,108.17 |
| Brightstar Gurnee 6475 Washington St, Ste 104 Gurnee, IL 60031 | | Trade Debt | | | | $29,652.01 |
| Change Healthcare 3055 Lebanon Pike, Suite 1000 Nashville, TN 37214 | | Loan | | | | $450,000.00 |
| Chase Ink PO Box 1423 Charlotte, NC 28201 | | Loan | | | | $50,440.19 |
| Cirrus DX, Inc. 77 Upper Rockville Circle Rockville, MD 20850 | | Trade Debt | | | | $130,545.00 |
| Conn. General Life Insurance Co. Attn: Recovery Check Specialist 900 Cottage Grove Road, W3SIU Hartford, CT 06152 | | Insurance Recoupment | Disputed | | | $1,013,858.60 |
| Definitive Healthcare 492 Old Connecticut Path, Ste 401 Framingham, MA 01701 | | Trade Debt | | | | $20,000.00 |
| Fisher Scientific Company, LLC 300 Industry Drive Pittsburgh, PA 15275 | | Trade Debt | | Disputed | | $178,909.00 |

| Debtor | **Clarity Lab Solutions, LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Grant Fithian, Plaintiff c/o Law Offices of Levy & Levy, P.A. 2844 North University Drive Coral Springs, FL 33065 | | Lawsuit | Contingent | | | $518,130.00 |
| Humana Health Care Plans PO Box 931655 Atlanta, GA 31193-1655 | | Insurance Recoupment | Disputed | | | $14,556.16 |
| Lamont, Hanley & Associates 186 Granite St., Fl 3 Ste E PO Box 179 Manchester, NH 03105 | | Insurance Recoupment | Disputed | | | $90,601.83 |
| Level Three Performance Solutions LLC 2830 W. Pinenut Court Reno, NV 89506 | | Trade Debt | | | | $15,000.00 |
| Med USA PO Box 708064 Sandy, UT 84070 | | Trade Debt | | | | $19,872.86 |
| NALC Health Benefits 20547 Waverly Court Ashburn, VA 20149 | | Insurance Recoupment | Disputed | | | $13,080.15 |
| Olympus Business Capital PO Box 17756 Salt Lake City, UT 84117 | | Loan | | | | $81,923.10 |
| Overpayment Recover Receipts - FBCBS Dept. 1216 PO Box 121213 Dallas, TX 75312-1213 | | Insurance Recoupment | Disputed | | | $15,455.15 |
| Qiagen LLC 19300 Germantown Rd Germantown, MD 20874 | | Trade Debt | | | | $18,568.00 |

Debtor  **Clarity Lab Solutions, LLC**
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Responsive Partners 3954 Murphy Canyon Rd, Ste D 104 San Diego, CA 92123** | | **Trade Debt** | | | | **$114,210.00** |
| **Seegene USA, Inc. 3 Buroughs, Suite 292 Irvine, CA 92618** | | **Trade Debt** | | | | **$141,000.00** |
| **The Fundworks, LLC 299 South Main Street, Suite 1300 PMB 93894 Salt Lake City, UT 84111** | | **Loan** | | | | **$106,500.00** |

**United States Bankruptcy Court**
**Southern District of Florida**

In re   **Clarity Lab Solutions, LLC**       Case No. _____
                               Debtor(s)       Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 10, 2024** _____       **/s/ Richard Simpson** _____
                                                       **Richard Simpson**/**President**
                                                       Signer/Title

American Express
PO Box 6031
Carol Stream, IL 60197


Brightstar Care North Palm Beach
930 Indiantown Road, Ste 203
Jupiter, FL 33458


Brightstar Gurnee
6475 Washington St, Ste 104
Gurnee, IL 60031


Cato Care DBA Brightstar Care
90 Commerce Drive
Fayetteville, GA 30214


CCG Clarity Diagnostics, LLC
1060 Holland Drive, Suite A
Boca Raton, FL 33487


Change Healthcare
3055 Lebanon Pike, Suite 1000
Nashville, TN 37214


Chase Ink
PO Box 1423
Charlotte, NC 28201


Cirrus DX, Inc.
77 Upper Rockville Circle
Rockville, MD 20850


Clarity Diagnostics, LLC
1060 Holland Drive, Suite A
Boca Raton, FL 33487


Conn. General Life Insurance Co.
Attn: Recovery Check Specialist
900 Cottage Grove Road, W3SIU
Hartford, CT 06152


Daniel Leger
1437 Artimino Lane
Boynton Beach, FL 33436

Definitive Healthcare
492 Old Connecticut Path, Ste 401
Framingham, MA 01701


FCS Advisors, LLC
dba Brevet Capital Advisors, LLC
5790 Fleet Street, Suite 100
Carlsbad, CA 92008


FCS Advisors, LLC
DBA Brevet Capital Advisors
441 Ninth Avenue, 20th Floor
New York, NY 10001


Fisher Scientific Company, LLC
300 Industry Drive
Pittsburgh, PA 15275


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Ford Motor Credit
PO Box 650575
Dallas, TX 75265


Grant Fithian, Plaintiff
c/o Law Offices of Levy & Levy, P.A.
2844 North University Drive
Coral Springs, FL 33065


Greenwoods Equipment Finance, LLC
3212 Fiddlers Creek Dr
Waukesha, WI 53188


Humana Health Care Plans
PO Box 931655
Atlanta, GA 31193-1655


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114

Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Lamont, Hanley & Associates
186 Granite St., Fl 3 Ste E
PO Box 179
Manchester, NH 03105


Level Three Performance Solutions LLC
2830 W. Pinenut Court
Reno, NV 89506


Life Technologies Corporation
12088 Collections Center Dr.
Chicago, IL 60693


LQD Business Finance, LLC
370 N. Carpenter Street
Chicago, IL 60607


LQD Loans Two, LLC
329 W. 18th Street, Suite 601
Chicago, IL 60616


Med USA
PO Box 708064
Sandy, UT 84070


MH & Associates
2888 Loker Ave W #318
Carlsbad, CA 92010


NALC Health Benefits
20547 Waverly Court
Ashburn, VA 20149


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Olympus Business Capital
PO Box 17756
Salt Lake City, UT 84117

Olympus Lending LLC
PO Box 17556
Salt Lake City, UT 84117

Overpayment Recover Receipts - FBCBS
Dept. 1216
PO Box 121213
Dallas, TX 75312-1213

Palm Beach County Tax Collector
PO Box 3353
West Palm Beach, FL 33402-3353

Qiagen LLC
19300 Germantown Rd
Germantown, MD 20874

Rescare HomeCare
DBA BrightSpring Health Services
1700 East Park Ave
Valdosta, GA 31602

Responsive Partners
3954 Murphy Canyon Rd, Ste D 104
San Diego, CA 92123

Richard Simpson
333 NE 23rd Street
Boca Raton, FL 33431

SEC Headquarters
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131

Seegene Technologies
325 North Wiget Lane, Suite 140
Walnut Creek, CA 94598

Seegene USA, Inc.
3 Buroughs, Suite 292
Irvine, CA 92618


The Fundworks, LLC
299 South Main Street, Suite 1300
PMB 93894
Salt Lake City, UT 84111


Thermo Fisher Financial Services, Inc.
168 Third Ave
Waltham, MA 02451


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


VWR International
100 Matson Fort Rd
Building One, Suite 200
Radnor, PA 19087