**ORDERED in the Southern District of Florida on September 11, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**

**Case No. 24-19243-EPK**
**Chapter 11**

**Clarity Lab Solutions, LLC,**

**Debtor.**
_______________________________________/

**ORDER REGARDING SECTION 105(d) STATUS CONFERENCE AND ESTABLISHING PLAN AND DISCLOSURE STATEMENT FILING DEADLINES**

The Court enters this Order *sua sponte*. To ensure this case proceeds in an efficient manner, the Court ORDERS as follows:

1. Clarity Lab Solutions, LLC (the "Debtor") and/or any party in interest may file a request for the Court to hold a status conference under 11 U.S.C. § 105(d).

2. The Debtor must file a plan and disclosure statement no later than 120 days after the date of the order for relief under this chapter. If the Debtor fails to file timely a plan and disclosure statement, the Court may set a hearing to consider whether this case should be dismissed or converted.

###

Copy to:
Bradley S Shraiberg, Esq.

Bradley S Shraiberg, *Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*