# Account Statement



**Clarity Lab Solutions - CLARLABS**

## STATEMENT INFORMATION

| | |
|---|---|
| Date | 01/01/2025 - 01/31/2025 |
| Account No. | x7071 |
| Account Name | CLARITY LAB SOLUTIONS |
| Bank Name | First Horizon Bank |
| Bank ID | 0026 |
| Currency | USD |

## BALANCE INFORMATION

| Description | Starting | Ending |
|---|---|---|
| OPENING LEDGER | 45,458.24 | 10,263.74 |
| CLOSING LEDGER | 44,975.24 | 10,263.74 |
| CLOSING AVAILABLE | 44,975.24 | 10,263.74 |
| 0-DAY FLOAT | | |
| 1-DAY FLOAT | 0.00 | 0.00 |
| 2 OR MORE DAYS FLOAT | 0.00 | 0.00 |

## CHECK ACTIVITY

| Check Number | Date | Amount |
|---|---|---|

No Information Available

## OTHER DEBITS

| Date | Amount | Description | Customer Ref | Bank Reference |
|---|---|---|---|---|
| 01/02/2025 | 483.00 | ACH DEBIT RECEIVED | 00000052658 | 25001001226126 |
| 01/03/2025 | 5.95 | ACH DEBIT RECEIVED | 04983120818 | 25003003425170 |
| 01/03/2025 | 61.94 | ACH DEBIT RECEIVED | 04983120818 | 25003003425244 |
| 01/06/2025 | 90.00 | ACH DEBIT RECEIVED | 00006292778 | 25004003928581 |
| 01/09/2025 | 19,704.42 | OUTGOING MONEY | 088920250109 | 2025010900004441 |
| 01/10/2025 | 4,215.50 | ACH DEBIT RECEIVED | 00000051255 | 25010009318588 |
| 01/10/2025 | 78.22 | ACH DEBIT RECEIVED | 00047166822 | 25010009092183 |
| 01/10/2025 | 894.44 | ACH DEBIT RECEIVED | 01028040000 | 25010009284366 |
| 01/14/2025 | 125.00 | ACH DEBIT RECEIVED | 00011704294 | 25014001329696 |
| 01/16/2025 | 57.21 | ACH DEBIT RECEIVED | 00022065738 | 25016003622874 |
| 01/17/2025 | 265.00 | ACH DEBIT RECEIVED | 00047623615 | 25017005476418 |
| 01/17/2025 | 58.84 | ACH DEBIT RECEIVED | 00022066777 | 25017005004759 |
| 01/17/2025 | 371.18 | ACH DEBIT RECEIVED | 00091915159 | 25017005720201 |
| 01/22/2025 | 2,079.42 | ACH DEBIT RECEIVED | 00046925870 | 25022007799625 |
| 01/23/2025 | 25.00 | ACH DEBIT RECEIVED | 00022084299 | 25023009432115 |
| 01/24/2025 | 18,925.41 | OUTGOING MONEY | 088920250124 | 2025012400003581 |
| 01/27/2025 | 244.87 | ACH DEBIT RECEIVED | 00000109773 | 25025001226889 |
| 01/27/2025 | 2,024.78 | ACH DEBIT RECEIVED | 00046973880 | 25027001813006 |
| 01/27/2025 | 1,158.44 | ACH DEBIT RECEIVED | 01045610000 | 25027001792156 |
| 01/27/2025 | 63.44 | ACH DEBIT RECEIVED | 00047265350 | 25025001541156 |
| Item Count | 20 | | | |
| Total Amount | 50,932.06 | | | |

## DEPOSIT ACTIVITY

| Date | Amount | Description | Customer Ref | Bank Reference |
|---|---|---|---|---|

No Information Available

## OTHER CREDITS

| Date | Amount | Description | Customer Ref | Bank Reference |
|---|---|---|---|---|
| 01/06/2025 | 15,000.00 | BOOK TRANSFER | 00000000000 | 3140989 |
| 01/29/2025 | 737.56 | ACH CREDIT RECEIVED | 04983120818 | 25029004376573 |
| Item Count | 2 | | | |
| Total Amount | 15,737.56 | | | |

**Continued**

| DAILY BALANCE | Date | Amount |
|---|---|---|
| | 01/31/2025 | 10,263.74 |
| | 01/30/2025 | 10,263.74 |
| | 01/29/2025 | 10,263.74 |
| | 01/28/2025 | 9,526.18 |
| | 01/27/2025 | 9,526.18 |
| | 01/24/2025 | 13,017.71 |
| | 01/23/2025 | 31,943.12 |
| | 01/22/2025 | 31,968.12 |
| | 01/21/2025 | 34,047.54 |
| | 01/17/2025 | 34,047.54 |
| | 01/16/2025 | 34,742.56 |
| | 01/15/2025 | 34,799.77 |
| | 01/14/2025 | 34,799.77 |
| | 01/13/2025 | 34,924.77 |
| | 01/10/2025 | 34,924.77 |
| | 01/09/2025 | 40,112.93 |
| | 01/08/2025 | 59,817.35 |
| | 01/07/2025 | 59,817.35 |
| | 01/06/2025 | 59,817.35 |
| | 01/03/2025 | 44,907.35 |
| | 01/02/2025 | 44,975.24 |